UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NAAFIZ K. LOWRIE
    Plaintiff,

v.                                      Case No. 5:24cv138-TKW-MJF

OFFICER MCCOLLOUGH
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §§1915(e)(2)(B)(ii) and1915A(b) for failure to state a claim on which relief can be granted. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B)(ii) and1915A(b) for failure to state a claim on which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 6th day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**